FRANK · SAUNDERS, PLAINTIFF-APPELLEE, v. JOHN AN-
TOLIK AND ANNA ANTOLIK, DEFENDANTS-APPEL-
LANTS.

Submitted February 5, 1925—Decided April 10, 1925.

**Rent—Contract Between Plaintiff and Defendants After Death
of Plaintiff's Father, Who was the Landlord, Sustains Con-
tention of Plaintiff of Amount of Rent Due.**

On appeal from the District Court of the third judicial
district of the county of Morris.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellants, *Elmer W. Romine.*

For the appellee, *Joshua R. Salmon.*

PER CURIAM.

This is the defendants' appeal from a judgment of the
District Court in favor of the plaintiff, the trial judge sitting
without a jury.

The action was brought for rent. The evidence tended to
show that prior to 1919, George Saunders, father of the
plaintiff, was the owner of the premises occupied by the de-
fendants and appellants; that rent was paid to George from
1915 until his death, about April 6th, 1919; that the defend-
ants continued in the premises to September 17th, 1923, when
this suit was instituted by the plaintiff, who took a life estate
in the premises in question under his father's will, for the
recovery of the balance of the rent alleged to be due. The
rent claimed is at the rate of $8.50 a month, the defendants
claiming that it should be $2.50 a month only.

The trial judge found in favor of the plaintiff's claim for
$8.50 a month, and we think a critical examination of the
exhibits and statements of accounts lend quite satisfactory
support to the trial judge's conclusion that the contract as

between the plaintiff and these defendants, after the death of plaintiff's father, was for $8.50 a month.

Plaintiff testified in effect that, after his father's death, he went to the premises and there made an arrangment with the defendants that the rent was to be $8.50 a month, and was to be made up of two items, $2.50 for one floor and $6 for another floor. The statements and exhibits indicate that for a time the defendants recognized that as being the proper rent agreed upon, and made payments accordingly. This testimony, we think, justifies the finding of the trial judge in favor of the plaintiff, and that judgment will be affirmed, with costs.